IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REGINALD D. RICHARDSON                                                      PLAINTIFF

v.                         Civil No. 4:19-cv-04095

TRI-STATE IRON and METAL CO.                                                DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Issuance of Subpoena.  ECF No. 28.  In his motion Plaintiff requests the court issue a subpoena duces tecum to obtain documents and tangible item from a non-party.  *Id.*

Plaintiff has not (1) named the non-party, (2) indicated what records or tangible items are needed, (3) indicated how the requested records are necessary or relevant to his claims against the named Defendant in this lawsuit, or (4) established that the requested documents are not capable of being obtained without the need of subpoena.

Accordingly, Plaintiff's Motion for Issuance of Subpoena (ECF No. 38) is **DENIED**.

**IT IS SO ORDERED** this **28th day of April 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE