**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

**REGINALD D. RICHARDSON**                                                                                          **PLAINTIFF**

v.                                    Civil No. 4:19-cv-04095

**TRI-STATE IRON and
METAL CO.**                                                                                                              **DEFENDANT**

**ORDER**

This is a civil rights action filed by Plaintiff, pursuant to the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion for Issuance of Subpoena. ECF No. 42.

Specifically, Plaintiff requests (1) a complete copy of his institutional record/jacket while housed at the Texarkana Work Release from July 5, 2017 to June 14, 2018, (2) a copy of the sign in and out log for June 11-12, 2018, (3) a copy of the 6:00 am and 6:00 pm count sheets for June 11-12, 2018, and (4) a copy of the list of gate passes for June 11-12, 2018. Plaintiff requests these records from the Texarkana Work Release, 305 East 5th Street, Texarkana, AR, 71854. Plaintiff argues these records are relevant to this proceeding because they will dispute "the defendant's reasons for plaintiff's discharge." ECF No. 42, Pg. 6.

The Court finds good cause is shown for the issuance of the subpoena but will limit the time period and scope of records requested by Plaintiff.

**IT IS ORDERED** Plaintiff's Motion for Issuance of Subpoena (ECF No. 42) is **GRANTED**. The Clerk is **DIRECTED** to issue a subpoena to the Records Custodian: Texarkana Work Release, Attn: Terry Susan O'Rand, Texarkana Work Release, 305 East 5th Street,

Texarkana, AR, 71854 The subpoena should require the production of the following:

> all records, regarding Plaintiff's employment at Tri-State Iron and Metal Co. from November 11, 2017 to June 14, 2018; the sign in and out log for June 11-12, 2018, the 6:00 am and 6:00 pm count sheets for June 11-12, 2018, and the list of gate passes for June 11-12, 2018.

The subpoenas should be served by certified mail, return receipt requested. The records shall be produced to the Court no later than **September 11, 2020.** The records should be accompanied by an affidavit from the Records Custodian attesting to the authenticity of the records and be delivered to the United States District Court, Western District of Arkansas, Attn: Mike Jones, 500 North Stateline, Room 202, Texarkana, Arkansas 71854. If the Records Custodian has no records fitting the above description they are **DIRECTED** to send an affidavit stating that fact to the Court by **September 11, 2020.**

**IT IS SO ORDERED this 12th day of August 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE